UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    JASON C JONES<br>    08/12/2010 WIFE DISMISSED<br>                                        Debtors | CASE NO: 05-36289<br>            (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072040**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JASON C JONES & 08/12/2010 WIFE DISMISSED<br>2893 MCKAY ROAD<br>DAYTON, OH  45432 | 0.24 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service                05-36289

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JASON C JONES
08/12/2010 WIFE DISMISSED
2893 MCKAY ROAD
DAYTON, OH  45432

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH  45416

(29.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(31.1n)
CAPITAL ONE BANK USA NA
AMERICAN INFOSOURCE
BOX 71083
CHARLOTTE, NC  28272

(33.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(32.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner         sv